UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  08-CR-2013-EFS |
| Plaintiff, | |
| v. | **ORDER GRANTING THE USAO'S MOTION TO DISMISS** |
| ARMANDO GOMEZ MATA, | |
| Defendant. | |

Before the Court, without oral argument, is the U.S. Attorney's Office's (USAO) Motion to Dismiss Case, ECF No. 6.  The USAO seeks the Court's leave to dismiss the Indictment, ECF No. 1, without prejudice as to Defendant Armando Gomez Mata pursuant to Federal Rule of Criminal Procedure 48(a).  Having reviewed the pleadings filed in connection with the motion, the Court grants the USAO leave to dismiss the Indictment.  The Court makes no judgment as to the merit or wisdom of this dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The USAO's Motion to Dismiss Case, **ECF No. 6**, is **GRANTED**.

2.    The Indictment, **ECF No. 1**, is **DISMISSED WITHOUT PREJUDICE** as to Defendant Armando Gomez Mata.

3.    All hearings are **STRICKEN**, and all pending motions are **DENIED AS MOOT**.

1          **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this

2    Order and provide copies to all counsel.

3          **DATED** this 25th day of September 2014.

4                              s/Edward F. Shea
                              _____
                                    EDWARD F. SHEA
5                      Senior United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Q:\EFS\Criminal\2008\2013.grant.usao.mot.dismiss.wo.prej.lc2.docx

ORDER GRANTING THE USAO'S MOTION TO DISMISS - 2